```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 27481
   RUTH E PINE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7997


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/14/2008 and was not confirmed.

     The case was dismissed without confirmation 11/17/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE       CURRENT MORTG        .00            .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         7407.54           .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                                .00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                           .00
DEBTOR REFUND                                                  .00
                                   --------------         --------------
TOTALS                                 .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 02/24/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```